IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK CHARLESTON, SC

2015 AUG 24  P 3: 37

| | |
|---|---|
| Lennell Dyches, #13771-171, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:15-2508-SB |
| Joenathan Shelly Chaplin, | ) **ORDER** |
| Defendant. | ) |

This matter is before the Court upon the Plaintiff's pro se motion for an extension of time to file objections to the Magistrate Judge's report and recommendation ("R&R"). The R&R was filed on August 5, 2015, and objections are currently due by August 24, 2015. After review, however, the Court grants the Plaintiff's motion for an extension (Entry 15), and his objections to the R&R are now due on or before September 25, 2015.

**AND IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

August 24, 2015
Charleston, South Carolina

